IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVISION

Galaxy International Purchasing, LLC
   Plaintiff,
vs.

GLORIA FERGUSON
   Defendant(s).
_____/

CASE NUMBER: COSO-19-006336

JUDGE:

Our File #3604869

## AMENDED COMPLAINT

COMES NOW, the Plaintiff, Galaxy International Purchasing, LLC, by and through its undersigned Counsel, and sues Defendant(s), GLORIA FERGUSON, and states as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages which exceed $8,000.00 but do not exceed $30,000.00 and is within the jurisdictional limits of this Honorable Court.

2. Plaintiff has been informed and believes that Defendant(s), GLORIA FERGUSON, currently reside(s) within the jurisdictional boundaries of BROWARD County, therefore making this Court the proper venue to bring the instant action.

3. Upon Defendant's(s') request, STATE FARM BANK established a credit account in the name of Defendant(s), GLORIA FERGUSON, either by application, telephone, or internet, and pursuant to the terms of said application issued a credit account bearing the account number _____.

4. Prior to the commencement of this action, Plaintiff, Galaxy International Purchasing, LLC, acquired Defendant's(s') account originated by STATE FARM BANK.

5. Although numerous demands have been made by Plaintiff upon Defendant(s) for payment, there remains an amount due and owing.

6. Plaintiff and its predecessors have duly performed all promises, conditions precedent, and agreements as required.

7. This is an attempt to collect a debt and any information obtained herein will be used for that purpose.

### COUNT 1- ACCOUNT STATED

Plaintiff re-adopts and re-alleges allegations one (1) through seven (7) and further states as follows:

8. The current outstanding balance is $6,610.15. The account was charged off on January 31, 2018. See Attached.

9. Defendant(s) used or made payments on the subject account. A final statement was sent to the Defendant(s) to which the Defendant(s) did not object.

WHEREFORE, Plaintiff, Galaxy International Purchasing, LLC, respectfully requests this Honorable Court enter Judgment in its favor against Defendant(s), GLORIA FERGUSON, in the sum of $6,610.15 together with court costs, post-judgment interest at the statutory rate and any other just and further relief as this Honorable Court deems just and proper.

Date: 12/11/2020

/s/ Matthew Fornaro
Jessica J. Fagen - Bar No. 50668
Sarah C. Daley - Bar No. 105834
Michelle Quiles - Bar No. 0121901
Matthew Fornaro - Bar No. 0650641
Arantxa S. Diaz-Caballero - Bar No. 1015278
Stephanie D. Simmonds - Bar #0085404
Adam Jacobson - Bar #1022371
Iasia B. Ward - Bar #1016204
RAUSCH STURM
ATTORNEY FOR PLAINTIFF
100 Second Avenue South, Suite 306S
Saint Petersburg, FL 33701
(855) 560-6866 TTY: 711
lawfirmFL@rsieh.com

 State Farm Bank

| Account Number: | XXXX-XXXX- |
|---|---|
| New Balance: | $7,359.55 |
| Payment Due by 5PM (ET) on: | March 25, 2018 |
| Minimum Payment Due: | $7,359.55 |
| Amount Past Due: | $1,356.61 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS  GA  31902-3025

Make Check Payable to: STATE FARM BANK®

GLORIA FERGUSON
5706 NW 66TH AVE
TAMARAC FL  33321-5738

** 0027316 ☐ Please check box for address or telephone change.
(Complete form on the reverse side).

------- Detach here. Please make check payable to STATE FARM BANK and send with this remittance slip in the enclosed envelope. -------

State Farm Bank

For 24 Hour Good Neighbor Service,
Please Call:
877-SF4-VISA (877-734-8472)
Additional contact information located on reverse side.

Page 1 of 4

| | |
|---|---|
| Statement Period: | 01/17/18 - 02/28/18 |
| Account Number: | |
| Payment Due by 5PM (ET) on: | March 25, 2018 |

### Summary of Account Activity

| | | | |
|---|---|---|---|
| Previous Balance: | $7,359.55 | Total Credit Limit: | $0.00 |
| Payments & Credits: | $843.61 | Available Credit Limit: | $0.00 |
| Purchases & Other Charges: | $0.00 | Cash Advance Limit: | $0.00 |
| Cash Advances: | $0.00 | Available Cash Advance Limit: | $0.00 |
| Fees Charged: | $843.61 | | |
| Interest Charged: | $0.00 | Closing Date: | February 28, 2018 |
| New Balance: | $7,359.55 | Number of Days in Cycle: | 43 |

### Payment Information

| | |
|---|---|
| New Balance: | $7,359.55 |
| Minimum Payment Due: | $7,359.55 |
| Payment Due by 5PM (ET) on: | March 25, 2018 |

Late Payment Warning: If we do not receive your minimum payment by the date and time listed above, you may have to pay a late fee up to $38.00.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 0 months | $0 |

If you would like information about credit counseling services, call 877-734-8472.

### Transactions For: XXXX-XXXX-XXXX-1889

| Posting Date | Transaction Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| | | | **PAYMENTS AND CREDITS** | |
| 01-31-18 | 01-31-18 | | LATE FEE CREDIT | $266.00 CR |
| 01-31-18 | 01-31-18 | | PURCHASE FIN CHG CREDIT | $8.51 CR |
| 01-31-18 | 01-31-18 | | RETURN CHECK FEE CREDIT | $37.00 CR |
| 01-31-18 | 01-31-18 | | PURCHASE FIN CHG CREDIT | $2.79 CR |
| 01-31-18 | 01-31-18 | | PURCHASE FINANCE CHARGE C | $529.31 CR |
| | | | **FEES** | |
| 02-01-18 | 02-01-18 | | DEBIT | $843.61 |
| | | | **TOTAL FEES FOR THIS PERIOD** | $843.61 |

**2018 TOTAL YEAR-TO-DATE**

| | |
|---|---|
| Total Fees Charged in 2018 | $881.61 |
| Total Interest Charged in 2018 | $70.73 |

Please enter change of address or telephone number below:

Address: _____

City: _____  State: _____  Zip: _____

Home Phone (include area code): _____  Work Phone (include area code): _____

## To Contact Us Regarding Your Account

**By Telephone:**
In U.S. — 877-734-8472
Espanol — 877-734-8472
Outside U.S. — 706-644-0852
Hearing Impaired — 711

**Send Inquires to:**
P.O. Box 87
Deposit, New York 13754-0087

**Mail Payments to:**
P.O. Box 23025
Columbus, Ga 31902-3025

**Visit Our Website:**
www.statefarm.com

### Information About Your Account

**Here Is How We Calculate Your Interest Charges:**
Your statement has a "Interest Charges" section. For each type of transaction in the "Interest Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Interest Charge.

**Here Is How We Determine Each Of Your Average Daily Balances:**
We calculate an "average daily balance" separately for Purchases (excluding introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Interest Charge.

If there is a (V) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "INTEREST CHARGED" on the front of your statement is $1.50 (or a lesser amount as disclosed in your credit card agreement, as amended), then the Minimum Interest Charge has been applied to your Account during the billing cycle.

A transaction fee Interest Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**
There will not be an interest charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid an interest charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero. We may charge interest on balances from the previous billing cycle beginning the first day of the new billing cycle. This means you will receive a statement the following month for interest that accrued from the closing date of the previous billing cycle until the date of your payment in full was posted to your account. To minimize the amount of this interest, pay the entire New Balance in-full immediately upon receipt of your monthly statement. Each periodic statement must be mailed or delivered to the consumer not later than 21 days before the payment due date. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**
Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**
You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23025, Columbus, GA 31902-3025. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you make a payment through the automated phone system to the account listed on this statement, you authorize us to make a one-time electronic transfer withdraw from your bank account. Your bank account will be debited on or after the selected payment date. These payments may be cancelled up to 5:00 pm Eastern Time on the day on which it is scheduled for payment by calling the number on the back of your card, 877-734-8472. All payments (including phone remits, overnight mail, etc) received by us at the address indicated after 5:00 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed. If you're attempting to pay your card in full and your account has carried a balance for two or more consecutive cycles, please call 877-SF4-VISA (877-734-8472) to receive a payoff quote.

**State Farm Loyalty Rewards**
If eligible, you will automatically earn State Farm Loyalty Rewards Points in accordance with the terms and conditions disclosed in your State Farm Loyalty Rewards Terms and Conditions brochure on purchases you make with your State Farm Bank® Visa® Card. If you have questions, or wish to review the Terms and Conditions, please log onto statefarm.com or call 877-SF4-VISA (877-734-8472). Visa is a registered trademark of Visa International Service Association.

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**
We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, ATTN: Credit Reporting, PO Box 2313, Bloomington, IL 61702-2313.

Send All Bankruptcy Notices and Documents To:
State Farm Bank, PO Box 2327, Bloomington, IL 61702-2327

**Reporting Loss, Theft or Unauthorized Use of Your Card**
Call us immediately, 24 hours a day, toll-free at 877-SF4-VISA (877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094,███ or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**
Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61702-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TYY)**
Hearing and speech impaired individuals, call 711 or contact your preferred telecommunications Relay Service (IRS)

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

Page 3 of 4

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $7,339.93 | $0.00 |
| Cash | 0.00% | $0.00 | $0.00 |

Please enter the account number on all checks and correspondence.

**News/Important Messages etc...**

Your account is SERIOUSLY PAST DUE. Please call us toll free at 1-877-SF4-VISA (1-877-734-8472) today to resolve the past due status of your account.